JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ALBERTO WONG,<br><br>  Petitioner,<br><br>  vs.<br><br>RON BARNES, Warden,<br><br>  Respondent. | Case No. CV 09-01616-JVS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 3, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE